```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


INDIANA/KENTUCKY/OHIO              :      CIVIL ACTION
REGIONAL COUNCIL OF                :
CARPENTERS WELFARE FUND,           :
individually and on                :
behalf of all others               :
similarly situated                 :
                                   :
          v.                       :
                                   :
CEPHALON, INC. AND TEVA            :
PHARMACEUTICALS USA, INC.          :      NO. 13-7167
```

ORDER

AND NOW, this 21st day of May, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Cephalon, Inc. and Teva Pharmaceuticals USA, Inc. to dismiss the complaint (Doc. # 22) is hereby GRANTED under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                      J.